

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-14-00491-CV

William M. **COLLINS** and Patricia Collins,
Appellants

v.

Dr. Oliver **WILLIAMS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13648
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On July 14, 2014, Appellants' attorney James R. Chapman Jr. moved this court to suspend e-filing in this appeal. On July 21, 2014, Appellee filed a response opposing Appellants' motion. On July 22, 2014, Appellants filed an opposed motion to accept late payment of notice of appeal fee and late filing of the docketing statement.

Appellants' motion to accept late payment and docketing statement filing is GRANTED.

"Attorneys in civil cases must electronically file documents." TEX. R. APP. P. 9.2(c)(1). Appellants' motion to suspend e-filing is DENIED. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court